FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JOAQUIN MUNOZ-OLMOS<br>    Defendant. | CR08-1060 GW<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  (X)  the safety of any person or the community.

//

//

1    The Court concludes that :

2 A.   (X)   Defendant poses a risk to the safety of other persons or the
3      community because defendant has not demonstrated by clear and
4      convincing evidence that:

5      _____
6      Prior DUI
7      _____
8      _____

10 (B)   (X)   Defendant is a flight risk because defendant has not shown by clear
11      and convincing evidence that:

12      _____
13      Walkaway from Rehab
14      Prior FTA
15      _____

17    IT IS ORDERED that defendant be detained.

19 DATE: 6/8, 2011

          /s/ Michael R. Wilner
          MICHAEL R. WILNER
          UNITED STATES MAGISTRATE JUDGE